IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TAMMY R. WHITE                                                 PLAINTIFF

v.                             NO. 2:07cv00036 SWW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                     DEFENDANT

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

THEREFORE, judgment shall be entered affirming the final decision of the Commissioner and dismissing this action, with prejudice.

IT IS SO ORDERED this 27th day of February 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE